UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>CURT A. CRITCHLOW,<br><br>    Defendant. | NO.  CV-10-227-JLQ<br><br>**ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |

    The parties have stipulated to the dismissal of this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Pursuant to the Stipulation (ECF No. 7), the Clerk of this court shall enter judgment of dismissal **without** prejudice of the Complaint (ECF No. 1) and the claims therein without costs or attorneys fees to any party.

    The Clerk of this court shall enter this Order and judgment, forward copies to counsel, and close this file.

    **DATED** this 15th day of November 2010.

                                 s/ Justin L. Quackenbush
                                JUSTIN L. QUACKENBUSH
                   SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1